IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRISTRAM LEE TUITELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-01174 |
| | ) | |
| CLARKSVILLE-MONTGOMERY COUNTY COMMUNITY ACTION AGENCY, | ) ) | Trauger/Bryant |
| | ) | |
| Defendant. | ) | |

Motion GRANTED. Case stayed until 12/20/13.

## JOINT MOTION TO STAY PROCEEDINGS

Come now the parties, by and through their respective counsel, and move this Court for an Order staying the proceedings in this matter until December 20, 2013. In support of their Motion, the parties apprise the Court as follows:

The parties filed on July 29, 2013 a joint motion to extend the scheduling deadlines set forth in the Case Management Order. The Court granted the parties' motion two days later. As stated therein, the parties were engaged in settlement negotiations and needed additional time to explore that option.

Approximately one day after the Court granted the requested extension, Mr. Tuitele confirmed that he had been accepted to the United States Navy's basic training program. His eight week training began on August 7. During that time he was not given access to email and was prohibited from using the phone. These limitations were not overly burdensome, however, because Defendant CMCCAA was still considering Mr. Tuitele's settlement offer.

Due to CMCCAA's governance by a board of directors, matters such as this lawsuit must be submitted to the board for discussion and/or voting. In part because the board only meets

1